FILED
June 3, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Tony James Flowers, ) <br> ) <br> Defendant. ) | Case No. 2:08-mj-192 GGH <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  Tony James Flowers  Case 2:08-mj-192 GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __  Release on Personal Recognizance

  __  Bail Posted in the Sum of _____

  X   Unsecured bond in the amount of $75,000 to be co-signed by Mr. and Mrs. Hall (defendant's aunt and uncle)

  __  Appearance Bond with 10% Deposit

  __  Appearance Bond secured by Real Property

  __  Corporate Surety Bail Bond

  X   (Other) PTS conditions/supervision; third party custody to Sheila Hall

Issued at  Sacramento, CA  on 6/3/08  at  2:45 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge